LAURA S. L. NEWHALL, Respondent, *v.* MARGARET MCCANN et al., Individually and as Executors of and Trustees under the Will of JAMES MCCANN, Deceased, Appellants.

(Argued May 28, 1936; decided July 8, 1936.)

*Daniel Mungall* and *Charles H. Lane* for appellants.

*Harry J. Laragh* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: O'BRIEN, CROUCH, LOUGHRAN and FINCH, JJ.
Dissenting: CRANE, Ch. J., LEHMAN and HUBBS, JJ.